Ronnie LOCKARD, Appellant,

Ruby Lockard, Plaintiff,

v.

FARM SERVICE AGENCY, HEBER SPRINGS, AR; Department of Agriculture; Len Blaylock, Jr., Appellees.

No. 02–4088.

United States Court of Appeals, Eighth Circuit.

Submitted July 17, 2003.

Decided July 24, 2003.

---

v.

**DEPARTMENT OF AGRICULTURE, Farm Service Agency; Len Blaylock, Jr., Appellees.**

**No. 02–3621.**

United States Court of Appeals, Eighth Circuit.

Submitted July 17, 2003.

Decided July 24, 2003.

Before BOWMAN, BYE, and MELLOY, Circuit Judges.

Before BOWMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Ronnie Lockard appeals the district court's[1] dismissal of his action against federal defendants. Lockard and his mother had previously brought a similar action in federal court that was dismissed for lack of jurisdiction, given monetary limits as to some claims and the failure to exhaust administrative remedies as to other claims. In the instant action the Lockards presented no additional allegations, and we conclude jurisdiction was still lacking. We therefore affirm the dismissal of this action for lack of jurisdiction, but modify the dismissal to be without prejudice. *See Ahmed v. United States*, 147 F.3d 791, 796 n. 5, 797–98 (8th Cir.1998) (district court's decision may be affirmed on any ground supported by record; dismissal for lack of jurisdiction is not adjudication on merits and thus should be without prejudice).

[1]. The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.